IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **THOMAS CRAVEN** | * | |
| | * | |
| **PLAINTIFF** | * | **CIVIL ACTION NO. 08-742-JJB-CN** |
| **VS.** | * | |
| | * | **FIRST AMENDED COMPLAINT AND** |
| **CERTIFIED RECOVERY SYSTEMS, INC.** | * | **DEMAND FOR JURY TRIAL** |
| **DEFENDANT** | * | |

## FIRST AMENDED COMPLAINT

### I. INTRODUCTION

1. This is an action for damages brought by an individual consumer for defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

### II. JURISDICTION

2. Jurisdiction of this court arises under 15 U.S.C. § 1692k, 28 U.S.C. §§ 1331 and 1337.

### III. PARTIES

3. Plaintiff, Thomas Craven (hereinafter referred to as "plaintiff" or "Mr. Craven") is a natural person who resides in Livingston Parish, Louisiana, and is a "consumer" as defined by 15 U.S.C. § 1692a(3).

4. Defendant, Certified Recovery Systems, Inc. (hereinafter referred to as "CRS" or "defendant") is a foreign corporation doing business in the state of Louisiana, whose registered agent for service of process in Texas is Bradley W. Rapp, 3050 Post Oak Boulevard, Suite 400, Houston, TX 77056.  CRS, at all times relevant hereto, regularly attempted to collect debts alleged

to be due another and is a "debt collector" as defined under the FDCPA.

## IV. FACTUAL ALLEGATIONS

5. On November 14, 2007, defendant CRS mailed a letter to Mr. Craven regarding a debt plaintiff allegedly owed to St. Jean Apartments ("creditor").

6. The alleged debt was from an apartment lease which was used solely for personal, family or household purposes.

7. The letter was dated November 12, 2007 and it advised Mr. Craven that CRS was to deposit plaintiff's postdated check for $495.00 on November 12, 2007.

8. Prior to defendant mailing this latter, Mr. Craven had told defendant that he would not have the funds for this check and he rescinded the authorization for the postdated check.

9. The defendant informed Mr. Craven that it would not honor his withdrawal of authorization and thereafter it attempted to deposit this postdated check, which was then returned by Mr. Craven's credit union dishonored on November 19, 2007.

10. In an attempt to resolve this matter, Mr. Craven gave explicit instructions to defendant that the check would be honored by his credit union during a specific twenty-four hour period only but defendant failed to have the check redeposited on a timely basis, which caused the check to be dishonored again.

11. After this occurred, plaintiff spoke with defendant and was told that defendant's "client is ready to go ahead and sue you with legal action" and that a minimum payment would stop this from occurring. Plaintiff did not make any payment and no suit was filed against him for this alleged debt.

12. Defendant thereafter informed Mr. Craven that this alleged debt would remain

on Mr. Craven's credit report for ten years.

13. Defendant made additional false, deceptive and/or misleading representations to Mr. Craven in its attempts to collect this alleged debt.

### DEFENDANT'S PRACTICES

14. Defendant, Certified Recovery Systems, Inc., violated numerous provisions of the FDCPA including but not limited to sections 1692e, 1692e(5), 1692e(10), and 1692f.

15. Plaintiff has suffered actual damages and injury, including, but not limited to, stress, humiliation, anxiety, extreme mental anguish and suffering, emotional distress, and insufficient funds charges, for which she should be compensated in amounts to be proven at trial.

WHEREFORE, plaintiff respectfully request that the Court grant the following relief in his favor and against Defendant Certified Recovery Systems, Inc. , for:

    a. Additional damages;

    b. Actual damages;

    c. Attorney fees, litigation expenses and costs; and

    d. Such other and further relief as is appropriate.

A JURY TRIAL IS DEMANDED.

    s/Garth J. Ridge
    **GARTH J. RIDGE**
    Attorney for Plaintiff
    Bar Roll Number: 20589
    251 Florida Street, Suite 301
    Baton Rouge, Louisiana 70801
    Telephone Number: (225) 343-0700
    Facsimile Number: (225) 343-7700
    E-mail: GarthRidge@aol.com