## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **THOMAS CRAVEN** | * |
| **PLAINTIFF** | *  CIVIL ACTION NO. 08-742-JJB-CN |
| **VS.** | * |
| **CERTIFIED RECOVERY SYSTEMS, INC.** | * |
| **DEFENDANT** | * |

## ORDER

**THE FOREGOING CONSIDERED**, it is hereby ordered that this action is dismissed with prejudice.

Baton Rouge, Louisiana this 12th day of MARCH, 2009.

_____
JUDGE, UNITED STATES DISTRICT COURT
JAMES J. BRADY